01
02
03
04
05
06              UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF WASHINGTON
07                         AT SEATTLE

08  UNITED STATES OF AMERICA,           )
                                        )  CASE NO. MJ 11-039
09         Plaintiff,                   )
                                        )
10         v.                           )
                                        )  DETENTION ORDER
11  JOHN DOE,                           )
    a/k/a Curtis Tyrone Wudtee,         )
12                                      )
           Defendant.                   )
13  _____)

14

15  <u>Offense charged</u>:    Social Security Number Misuse; Aggravated Identity Theft

16  <u>Date of Detention Hearing</u>:   March 31, 2011

17       The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19  that no condition or combination of conditions which defendant can meet will reasonably assure

20  the appearance of defendant as required and the safety of other persons and the community.

21       <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

22       (1)   Defendant is alleged to have lived for approximately 30 years using the identity

DETENTION ORDER                                                        PAGE 1

of an individual with the initials M.L.S., using the true social security number and date of birth of that individual, obtaining identity cards and state employment benefits under false pretenses by using the identity of M.L.S. He is associated with other alias names and a number of different dates of birth and social security numbers, in addition to M.L.S.

(2) During a search of defendant's residence, shotguns and ammunition were found. He is alleged to have a lengthy criminal record under the name of M.L.S. that includes a number of firearms charges and multiple failures to appear for court and failures to comply with court orders. A warrant from Pierce County is active and extraditable in Pierce County, and a warrant from Covington is active and extraditable statewide.

(3) Defendant poses a risk of nonappearance due to uncertainly concerning his true identity, association with multiple alias identifiers, a history of failing to appear, history of failing to comply, active warrants and unverified financial information. He poses a risk of danger due to criminal history, the presence of firearms in defendant's residence, and inconsistent information regarding drug history.

(4) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

01  (2) Defendant shall be afforded reasonable opportunity for private consultation with

02     counsel;

03  (3) On order of a court of the United States or on request of an attorney for the

04     Government, the person in charge of the corrections facility in which defendant

05     is confined shall deliver the defendant to a United States Marshal for the purpose

06     of an appearance in connection with a court proceeding; and

07  (4) The clerk shall direct copies of this Order to counsel for the United States, to

08     counsel for the defendant, to the United States Marshal, and to the United States

09     Pretrial Services Officer.

10 DATED this 1st day of April, 2011.

_____
Mary Alice Theiler
United States Magistrate Judge